# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158027 & (8)(12)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
 Plaintiff-Appellee,

v

ROOSEVELT PATTERSON PETTIFORD,
 Defendant-Appellant.

SC: 158027
COA: 343181
Wayne CC: 06-000343-FC

_____/

On order of the Court, the application for leave to appeal the May 7, 2018 order of the Court of Appeals and the motions to remand are considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal and the motions to remand remain pending.



d0520

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2019



Clerk